# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:    ANTOINETTE L CROFFORD                           §                Case No.: 11-10232
                                                          §
                                                          §
                                                          §
                                                          §
                                                          §
          Debtor(s)                                       §
––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)    The case was filed on 03/11/2011.

2)    This case was confirmed on  N/A.

3)    The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)    The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5)    The case was dismissed on 07/11/2011.

6)    Number of months from filing to the last payment:  1

7)    Number of months case was pending:  7

8)    Total value of assets abandoned by court order:  NA

9)    Total value of assets exempted: $      1,950.00

10)   Amount of unsecured claims discharged without payment $        .00

11)   All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 425.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 425.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 156.39 |
| Court Costs | $ | .00 |
| Trustee  Expenses and Compensation | $ | 19.61 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 176.00 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| T-MOBILE/T-MOBILE US | UNSECURED | 961.00 | 561.08 | 561.08 | .00 | .00 |
| VALUE AUTO | SECURED | 6,025.00 | 9,513.91 | 14,204.00 | 225.00 | .00 |
| VALUE AUTO | UNSECURED | 8,179.00 | NA | NA | .00 | .00 |
| ANESTHESIA ASSOCIATE | UNSECURED | 66.00 | NA | NA | .00 | .00 |
| BLUFFS CROSSING | UNSECURED | 2,465.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 500.00 | 244.00 | 244.00 | .00 | .00 |
| COLLECTION PROFESSIO | UNSECURED | 3,035.00 | 4,515.54 | 4,515.54 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1,098.00 | 1,074.05 | 1,074.05 | .00 | .00 |
| MATERNAL FETAL MEDIC | UNSECURED | 213.00 | NA | NA | .00 | .00 |
| JEFFERY W LERCH MD | UNSECURED | 129.00 | NA | NA | .00 | .00 |
| MATERNAL FETAL MEDIC | UNSECURED | 123.00 | NA | NA | .00 | .00 |
| MATERNAL FETAL MEDIC | UNSECURED | 111.00 | NA | NA | .00 | .00 |
| MATERNAL FETAL MEDIC | UNSECURED | 108.00 | NA | NA | .00 | .00 |
| DISH NETWORK | UNSECURED | 197.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,200.00 | 1,723.95 | 1,723.95 | .00 | .00 |
| IDEAL FITNESS | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| IL DEPT OF EMPL0YMEN | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| IL DEPT OF PUBLIC AI | UNSECURED | 5,632.00 | NA | NA | .00 | .00 |
| ADVENTIST HINSDALE H | UNSECURED | 900.00 | NA | NA | .00 | .00 |
| ADVENTIST HINSDALE H | UNSECURED | 527.00 | NA | NA | .00 | .00 |
| LAGRANGE MEMORIAL HO | UNSECURED | 359.00 | NA | NA | .00 | .00 |
| LAGRANGE MEMORIAL HO | UNSECURED | 288.00 | NA | NA | .00 | .00 |
| LOYOLA UNIV HEALTH S | UNSECURED | 1,801.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CAVALRY PORTFOLIO SV | UNSECURED | 1,127.00 | 1,453.29 | 1,453.29 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 222.00 | 145.32 | 145.32 | .00 | .00 |
| MCSI/RMI | UNSECURED | 250.00 | 2,600.00 | 2,600.00 | .00 | .00 |
| VILLAGE OF BELLWOOD | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF BELLWOOD | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF BELLWOOD | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF BELLWOOD | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF BELLWOOD | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF BELLWOOD | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF BELLWOOD | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF BELLWOOD | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF BELLWOOD | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| RENT A CENTER CORP | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| SANTANDER CONSUMER U | UNSECURED | 1,206.00 | 2,260.06 | 2,260.06 | .00 | .00 |
| SCARLATO & SONS REAL | UNSECURED | 1,600.00 | NA | NA | .00 | .00 |
| VILLAGE OF STONE PAR | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| GREAT LAKES EDUCATIO | UNSECURED | 5,720.00 | 5,754.10 | .00 | .00 | .00 |
| USDED GLELSI | UNSECURED | 5,720.00 | .00 | .00 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 650.00 | 650.00 | 650.00 | .00 | .00 |
| SCARLATO & SONS REAL | OTHER | .00 | NA | NA | .00 | .00 |
| ANTHONY BEA | OTHER | .00 | NA | NA | .00 | .00 |
| WEST SURBURBAN BANK | UNSECURED | NA | 599.96 | 599.96 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 172.18 | 172.18 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 209.53 | 209.53 | .00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 24.00 | 24.00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 14,204.00 | 225.00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 14,204.00 | 225.00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 24.00 | 24.00 | .00 |
| **TOTAL PRIORITY:** | 24.00 | 24.00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 16,208.96 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | 176.00 |
| Disbursements to Creditors | $ | 249.00 |
| | | |
| **TOTAL DISBURSEMENTS:** | $ | 425.00 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    10/17/2011            /s/ Tom  Vaughn_____
                               Tom  Vaughn,  Chapter  13  Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**